

# NUMBERS 13-13-00358-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

THE STATE OF TEXAS,                                                    Appellant,

v.

BONNIE DOWNS,                                                          Appellee.

**On appeal from the County Court at Law No. 4
of Nueces County, Texas.**

# ORDER

**Before Justices Garza, Benavides, and Perkes
Order Per Curiam**

The State perfected an appeal from an order granting a motion to suppress entered by the County Court at Law Number 4 of Nueces County, Texas, in cause number 13CR714-4. The State requested a remand to the trial court for findings of fact and conclusions of law. By order issued on May 8, 2014, this Court granted the State's motion and abated and remanded this appeal to the trial court for findings of fact and

conclusions of law. On May 30, 2014, this Court received the supplemental clerk's record containing the trial court's findings and conclusions. On August 8, 2014, the State filed an objection to the trial court's findings and conclusions and requested that this Court again abate and remand this case to the trial court for additional findings. According to the State's motion, the sole ground for the motion to suppress was that the State had "no reasonable suspicion and no probable cause" to initiate a traffic stop regarding the appellee, Bonnie Downs. The State contends that the trial court's findings and conclusions fail to address facts necessary to determine reasonable suspicion and probable cause "but instead make merely conclusory assertions regarding a supposed violation of *Miranda*." *See Miranda v. Arizona*, 384 U.S.436 (1966).

Upon the request of the losing party on a motion to suppress evidence, the trial court must make findings of fact and conclusions of law adequate to provide an appellate court with a basis to which to review the trial court's application of the law to the facts. *State v. Cullen*, 195 S.W.3d 696, 699 (Tex. Crim. App. 2006). If the trial court does not enter the findings of fact and conclusions of law within twenty days from its ruling on the motion to suppress, the intermediate appellate court must exercise its authority under Texas Rule of Appellate Procedure 44.4, and remand the case to the trial court and order the trial court to enter findings of fact and conclusions of law. TEX. R. APP. P. 44.4; *Cullen*, 195 S.W.3d at 698–700.

The Court, having considered the documents on file and the State's motion, is of the opinion that the motion should be granted as stated herein. Accordingly, we GRANT the State's motion to abate this appeal and REMAND this matter to the trial court for additional findings and conclusions which should address the issues of probable cause

and reasonable suspicion insofar as necessary to provide this Court with a basis to review the application of the law to the facts of this case. *See* TEX. R. APP. P. 44.4. Specifically, the trial court is instructed to make and file findings of fact and conclusions of law in accordance with the Texas Court of Criminal Appeals' directive in *Cullen*. *See Cullen*, 195 S.W.3d at 699. A supplemental clerk's record containing these findings of fact and conclusions of law should be filed with the Clerk of this Court within twenty days from the date of this order.

It is so ORDERED.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
16th day of September, 2014.